

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Collin Rider, Appellant | Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 11-0002X). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating. |
| No. 06-12-00170-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Collin Rider, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 25, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk